UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 03 2007

at 12 o'clock and 15 min P M.
SUE BEITIA, CLERK

| | |
|---|---|
| WAYNE BERRY,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>FLEMING COMPANIES, INC., aka Fleming Foods, Inc. Aka Fleming; et al.,<br><br>Defendants - Appellants,<br><br>And<br><br>DOE INDIVIDUALS 1-50; et al.,<br><br>Defendants. | No.  05-15223<br>D.C. No.  CV-01-00446-SPK<br><br><br><br>**JUDGMENT** |
| WAYNE BERRY,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>FLEMING COMPANIES, INC., aka Fleming Foods, Inc., aka Fleming; et al.,<br><br>Defendants - Appellees,<br><br>And<br><br>HAWAIIAN EXPRESS SERVICE, INC.,<br><br>Defendant. | No.  05-15347<br>D.C. No.  CV-01-00446-SPK/LEK<br><br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 07/05/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 27 2007

by: _____
Deputy Clerk