INTERNAL USE ONLY: Proceedings include all events.
05-15347 Berry v. Fleming Companies, et al

| | |
|---|---|
| WAYNE BERRY<br>    Plaintiff - Appellant | Timothy J. Hogan, Esq.<br>808/528-0100<br>#1405<br>[COR LD NTC ret]<br>Lynch Ichida Thompson & Kim<br>1132 Bishop Street<br>Honolulu, HI 96813 |
| v. | |
| FLEMING COMPANIES, INC., aka<br>Fleming Foods, Inc., aka<br>Fleming<br>    Defendant - Appellee | Bert T. Kobayashi, Jr., Esq.<br>808/539-8700<br>Suite 2600<br>[COR LD NTC ret]<br>KOBAYASHI, SUGITA & GODA<br>First Hawaiian Center<br>999 Bishop Street<br>Honolulu, HI 96813<br><br>Damian Capozzola<br>FAX 680-8500 213<br>213-680-8400<br>[COR LD NTC ret]<br>KIRKLAND & ELLIS, LLP<br>777 S. Figueroa St.<br>Los Angeles, CA 90017-5800 |
| DOE INDIVIDUALS 1-50<br>    Defendant - Appellee | No appearance<br>No appearance |
| DOE PARTNERSHIPS 1-20<br>    Defendant - Appellee | No appearance<br>(See above) |
| DOE CORPORATIONS 1-20<br>    Defendant - Appellee | No appearance<br>(See above) |
| DOE ENTITIES 1-20<br>    Defendant - Appellee | No appearance<br>(See above) |
| POST CONFIRMATION TRUST, PCT,<br>is a trust created pursuant to<br>the Debtors' (Fleming<br>Companies, Inc.) joint<br>reorganization<br>    Defendant - Appellee | Lex R. Smith, Esq.<br>FAX 808/539-8799<br>808/539-8700<br>[COR LD NTC ret]<br>KOBAYASHI, SUGITA & GODA<br>First Hawaiian Center<br>999 Bishop Street<br>Honolulu, HI 96813 |
| HAWAIIAN EXPRESS SERVICE, INC.<br>    Defendant | Roy J.L.Y. Tjice, Esq.<br>547-5600<br>GOODSILL ANDERSON QUINN &<br>STIFEL LLP<br>ALII PLACE |

INTERNAL USE ONLY: Proceedings include all events.
05-15347 Berry v. Fleming Companies, et al

                    1099 Alakea St.
                    Honolulu, HI 96813-2639