LYNCH ICHIDA THOMPSON KIM & HIROTA

WESLEY W. ICHIDA 1079-0
1132 Bishop Street, Suite 1405
Honolulu, Hawaii 96813
Telephone No. 528-0100
Fax No. 528-4997
E-mail: wwi@loio.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | Civ. No. CV01-00446 SPK LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **NOTICE OF INTENT TO** |
| vs. | ) | **WITHDRAW; CERTIFICATE** |
| | ) | **OF SERVICE** |
| FLEMING COMPANIES, INC., aka | ) | |
| FLEMING FOODS, INC., aka | ) | |
| FLEMING, | ) | |
| DOE INDIVIDUALS 1-50 AND | ) | |
| DOE PARTNERSHIPS, | ) | |
| CORPORATIONS AND OTHER | ) | |
| ENTITIES 1-20 S 1-50, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF INTENT TO WITHDRAW

TO:    WAYNE BERRY
       5500 Military Trail #22-500
       Jupiter, Florida 33453
       Tel. No.: (808) 258-7144

WayneFBerry@Hotmail.com
WayneBerry@FCS2003.com

LEX R. SMITH, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, HI 96813
Attorneys for Defendant
Fleming Companies, Inc. aka
Fleming Foods, Inc., aka Fleming

DAMIAN CAPOZZOLA, ESQ.
MELISSA M. DULAC, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
Attorneys for Defendant Fleming Companies, Inc.

ROY J. TJIOE, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813
Attorneys for Defendant
Hawaiian Express Service, Inc.

KAREN GABLER, ESQ.
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, CA 93036
Attorney for Defendant
Hawaiian Express Service, Inc.

I hereby give notice that I intend to file a motion for leave for Lynch Ichida Thompson Kim & Hirota to withdraw as counsel for Plaintiff WAYNE BERRY in the above-entitled case.

In accordance with LR 83.6(b), this notice serves as notice to WAYNE BERRY, that upon entry of an order permitting Lynch Ichida Thompson Kim & Hirota to withdraw from this case, he will be responsible for complying with all Court orders and time limitations established by any applicable rules.

Further, in accordance with LR 83.6(b), this notice serves as notice to WAYNE BERRY, that in the absence of prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken and default judgment or other sanctions may be imposed.

DATED:   Honolulu, Hawaii, _____AUG 0 6 2007_____.

_____
WESLEY W. ICHIDA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FLEMING COMPANIES, INC., aka<br>FLEMING FOODS, INC., aka<br>FLEMING,<br>DOE INDIVIDUALS 1-50 AND<br>DOE PARTNERSHIPS,<br>CORPORATIONS AND OTHER<br>ENTITIES 1-20 S 1-50,<br><br>　　　　　Defendants. | Civ. No. CV01-00446 SPK LEK<br>(Copyright)<br><br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following parties at their last known addresses, via first class mail, on _____AUG 0 6 2007_____:

WAYNE BERRY
5500 Military Trail #22-500
Jupiter, Florida 33453
Tel. No.: (808) 258-7144
WayneFBerry@Hotmail.com
WayneBerry@FCS2003.com

LEX R. SMITH, ESQ.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, HI 96813
Attorneys for Defendant
Fleming Companies, Inc. aka
Fleming Foods, Inc., aka Fleming

DAMIAN CAPOZZOLA, ESQ.
MELISSA M. DULAC, ESQ.
R. OLIVIA SAMAD, ESQ.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017
Attorneys for Defendant Fleming Companies, Inc.

ROY J. TJIOE, ESQ.
Goodsill Anderson Quinn & Stifel
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813
Attorneys for Defendant
Hawaiian Express Service, Inc.

KAREN GABLER, ESQ.
Nordman Cormany Hair & Compton
1000 Town Center Drive, Sixth Floor
Oxnard, CA 93036
Attorney for Defendant
Hawaiian Express Service, Inc.

DATED:   Honolulu, Hawaii,   AUG 0 6 2007   .

_____
WESLEY W. ICHIDA

2