

**FILED**

SEP 2 8 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

WAYNE BERRY,

     Plaintiff - Appellee/
     Cross-Appellant,

v.

FLEMING COMPANIES, INC.; POST
CONFIRMATION TRUST,

     Defendants - Appellants/
     Cross-Appellees.

Nos. 05-15223, 05-15347

D.C. No. CV-01-446-SPK
Hawaii (Honolulu)

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 1 2007

at 12 o'clock and ___ min. P M
SUE BEITIA, CLERK

     The unopposed motion of appellee/cross-appellant Wayne Berry for attorney's fees pursuant to the Copyright Act, 17 U.S.C. § 505, is granted. Attorney's fees in the amount of $53,250 are awarded in favor of appellee/cross-appellant Wayne Berry and against appellants/cross-appellees Fleming Companies, Inc., and Post Confirmation Trust.  *See* 9th Cir. R. 39-1.6; 9th Cir. Gen. Order 6.3(a) & App. A, ¶ 50.

     A certified copy of this order sent to the district court shall serve to amend this court's mandate.

                      For the Court:

                      *Mary Hurley*

                      Mary Hurley
                      Staff Attorney/Deputy Clerk
                      9th Cir. Rule 27-7
                      General Orders/Appendix A

COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP 2 8 2007
by: _____ Deputy Clerk