TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | Civ. No. CV01 00446 SPK-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FLEMING COMPANIES, INC., aka | ) | NOTICE OF ATTORNEY'S LIEN |
| FLEMING FOODS, INC., aka | ) | |
| FLEMING, HAWAIIAN EXPRESS | ) | |
| SERVICE, INC., DOE INDIVIDUALS | ) | |
| 1-50 AND DOE PARTNERSHIPS, | ) | |
| CORPORATIONS AND OTHER | ) | |
| ENTITIES 1-20, | ) | Judge:  Hon. Samuel King |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF ATTORNEY'S LIEN

The undersigned counsel hereby gives notice to all parties in this proceedings and parties in interest that, pursuant Hawaii Revised Statute § 507-81, and the general rules of equity, and based on a contingency retainer agreement dated July 30, 2007, and addenda, the undersigned counsel gives notice of an attorney's lien on fifty percent (50%) of any and all judgments, decrees, orders, settlements, and awards plus applicable costs and taxes entered by the court in favor of the Plaintiff Wayne Berry and any proceeds paid in satisfaction of the judgment, decree, order, settlement, or award regarding the judgment entered herein.

DATED: Honolulu, Hawai'i, February 13, 2008.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff
WAYNE BERRY