TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1150 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Plaintiff
WAYNE BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WAYNE BERRY, | ) | Civ. No. CV01 00446 SPK-LEK |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FLEMING COMPANIES, INC., aka | ) | CERTIFICATE OF SERVICE RE: |
| FLEMING FOODS, INC., aka | ) | NOTICE OF ATTORNEY'S LIEN |
| FLEMING, HAWAIIAN EXPRESS | ) | |
| SERVICE, INC., DOE INDIVIDUALS | ) | |
| 1-50 AND DOE PARTNERSHIPS, | ) | |
| CORPORATIONS AND OTHER | ) | |
| ENTITIES 1-20, | ) | |
| | ) | Judge: Hon. Samuel King |
| Defendants. | ) | |
| _____ | ) | |

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of Plaintiff's Notice of Attorney's Lien in Favor of Timothy J. Hogan filed February 13, 2008, was served on the following at their last known addresses:

<u>Served Electronically via the Ecm/cf System on February 13, 2008</u>:

Robert Carson Godbey r.godbey@ieee.org, cyerxa@lawhi.com

Wesley W. Ichida wwi@loio.com

Lex R. Smith lrs@ksglaw.com

<u>Served Electronically via regular email on February 13, 2008</u>:

CHERYL, R. BRAWLEY, ESQ.
BRAWLEY AND ASSOCIATES, AAL, LLLC
ATTORNEY FOR JULIANNE BERRY
via attorney4@hawaiiantel.net
brawleyandassoc@hawaiiantel.net

<u>Served by First Class Mail Postage Prepaid on February 13, 2008</u>

CHERYL, R. BRAWLEY, ESQ.
BRAWLEY AND ASSOCIATES, AAL, LLLC
1164 Bishop Street, Ste. 500
Honolulu, Hawaii 96813
ATTORNEY FOR JULIANNE BERRY

DATED: Honolulu, Hawai'i, February 13, 2008.

/s/ Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Plaintiff WAYNE BERRY